# United States Court of Appeals
## For the First Circuit

No. 26-1321

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2305; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES NATIONAL VA COUNCIL,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS COLLINS, in the official capacity as U.S. Secretary of Veterans Affairs,

Defendants - Appellants.

Before

Barron, <u>Chief Judge</u>,
Aframe and Dunlap, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: April 6, 2026

Defendant-Appellants have filed a "Motion for Stay Pending Appeal and Administrative Stay" (the "Motion"). Defendant-Appellants filed their Motion while a stay motion still was pending at the district court. The district court has since denied a stay.

The Motion is **DENIED** without prejudice to the refiling of a new motion that conforms with the Federal Rules and addresses material developments at the district court. <u>See</u> Fed. R. App. P. 8. Any opposition to any such filing will be due seven (7) days after the date of filing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Carly B. Iafrate
Travis Silva

Brook Dooley
JiLon Li
Alexandra Wheeler
Taylor L. Reeves
Elizabeth A. Heckmann
Lauren S. Zurier
Kevin M. Bolan
Melissa N. Patterson
Joshua Koppel
Benjamin Thomas Takemoto
Tyler J. Becker
Andrea Lena Hyatt