# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1321                 **Short Title:** AFGE Local 2305 v. VA

**Type of Action**

☑  Civil
☐  Criminal/Prisoner
☐  Cross Appeal

A.  Timeliness of Appeal
   1.  Date of entry of judgment or order appealed from March 13, 2026; March 27, 2026
   2.  Date this notice of appeal filed March 27, 2026
       If cross appeal, date first notice of appeal filed_____
   3.  Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4.  Date of entry of order deciding above post-judgment motion_____
   5.  Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
       Time extended to_____

B.  Finality of Order or Judgment
   1.  Is the order or judgment appealed from a final decision on the merits?  ☐ Yes  ☑ No
   2.  If no,
       a.  Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes  ☐ No
           If yes, explain_____
       b.  Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☑ Yes  ☐ No
           If yes, explain preliminary injunction appealable under 28 U.S.C. § 1292(a)(1)

C.  Has this case previously been appealed?  ☐ Yes  ☑ No
    If yes, give the case name, docket number and disposition of each prior appeal
    _____

D.  Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☑ Yes  ☐ No
    If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1.  Adverse party _See Attached_____
      Attorney_____
      Address_____
      Telephone_____

   2.  Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3.  Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1.  Appellant's name _United States Department of Veterans Affairs_____
      Address _810 Vermont Ave NW, Washington, DC 20420_____
      Telephone _(202) 273-5400_____

      Attorney's name _Melissa N. Patterson; Weili Justin Shaw; Joshua Koppel; Benjamin Thomas Takemoto; Tyler J. Becker_
      Firm _U.S. Department of Justice, Civil Division, Appellate Staff_____
      Address _950 Pennsylvania Ave NW, Washington, DC 20530-0001_____
      Telephone _(202) 532-4252_____

   2.  Appellant's name _Douglas A. Collins, in the official capacity as U.S. Secretary for Veterans Affairs_
      Address _810 Vermont Ave NW, Washington, DC 20420_____
      Telephone _(202) 273-5400_____

      Attorney's name _Melissa N. Patterson; Weili Justin Shaw; Joshua Koppel; Benjamin Thomas Takemoto; Tyler J. Becker_
      Firm _U.S. Department of Justice, Civil Division, Appellate Staff_____
      Address _950 Pennsylvania Ave NW, Washington, DC 20530-0001_____
      Telephone _(202) 532-4252_____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Benjamin T. Takemoto
Date  4/27/26

D. Related Cases

*United Nurses Association of California/Union of Healthcare Professionals v. VA*, No. 25-cv-674-MRD-PAS (D.R.I.) (parallel challenge to VA's termination of a collective-bargaining agreement following the Executive Order excluding VA from Federal Service Labor–Management Relations Statute coverage)

*AFGE v. Trump*, No. 25-4014 (9th Cir.) (parallel challenge to the Executive Order); No. 3:25-cv-03070-JD (N.D. Cal.)

*National Treasury Employees Union v. Trump*, No. 25-5157 (D.C. Cir.) (same); 1:25-cv-00935-PLF (D.D.C.)

*American Foreign Service Association v. Trump*, No. 25-5184 (D.C. Cir.) (same); 1:25-cv-01030-PLF (D.D.C.)

*Federal Education Association v. Trump*, No. 25-5303 (D.C. Cir.) (same); No. 1:25-cv-01362-PLF (D.D.C.)

*American Federation of Labor and Congress of Industrial Organizations v. Trump*, No. 25-5436 (D.C. Cir.) (same); No. 1:25-cv-02445-PLF (D.D.C.)

*American Federation of State, County and Municipal Employees, AFL-CIO v. Trump*, No. 26-5007 (D.C. Cir.) (same); No. 1:25-cv-03306-PLF (D.D.C.)

*National Association of Agriculture Employees v. Trump*, No. 1:25-cv-2657-PLF (D.D.C.) (same)

*National Weather Service Employees Organization v. Trump*, No. 1:25-cv-02947-PLF (D.D.C.) (same)

*International Federation of Professional and Technical Engineers v. Trump*, No. 1:25-cv-3615-PLF (D.D.C.) (same)

*International Brotherhood of Electrical Workers v. Trump*, No. 1:25-cv-3826-PLF (D.D.C.) (same)

*National Council Of Prison Locals v. BOP*, No. 3:25-cv-1907 (D. Conn.) (same)

F.    Adverse Parties And Counsel

| Party | Counsel |
| --- | --- |
| AFGE Local 2305 | Edwina Bullard Clarke<br>David Zimmer<br>Zimmer Citron & Clarke LLP<br>130 Bishop Allen Dr<br>Cambridge, MA 02139<br>617-676-9423<br><br>Brook Dooley<br>Elizabeth A. Heckmann<br>JiLon Li<br>Taylor L. Reeves<br>Travis Silva<br>Alexandra Wheeler<br>Keker Van Nest & Peters LLP<br>633 Battery St<br>San Francisco, CA 94111-1809<br>415-391-5400<br><br>Carly B. Iafrate<br>1st Flr<br>408 Broadway<br>Providence, RI 02909<br>401-421-0065 |
| American Federation of Government Employees National Veterans Affairs Council | Edwina Bullard Clarke<br>David Zimmer<br>Zimmer Citron & Clarke LLP<br>130 Bishop Allen Dr<br>Cambridge, MA 02139<br>617-676-9423<br><br>Brook Dooley<br>Elizabeth A. Heckmann<br>JiLon Li<br>Taylor L. Reeves<br>Travis Silva<br>Alexandra Wheeler |

Keker Van Nest & Peters LLP
633 Battery St
San Francisco, CA 94111-1809
415-391-5400

Carly B. Iafrate
1st Flr
408 Broadway
Providence, RI 02909
401-421-0065